**In the United States District Court
for the Southern District of Texas
Galveston Division**

| | | |
|---|---|---|
| Eric Demond Lozano, (TDCJ No. 01915276), § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | Civ. Action No. 3:20–cv–116 |
| § | | |
| Tammie Jefferson, *et al.*, § | | |
| § | | |
| **Defendants.** § | | |

**Defendants' Motion to Stay Proceedings**

Defendants Tammie Jefferson, Leonard Jones, Shawn Garza, and Felix Gordon move to stay proceedings pending the resolution of the motion to consolidate in *Lozano v. Guerrero*, No. 4:16–cv–2507 (S.D. Tex., Houston Div.). (ECF No. 62).

**I.     Argument**

"A district court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Trojan Battery Co., LLC v. Golf Carts of Cypress, LLC*, No. 4:21–cv–03075, 2022 WL 970240, *2 (S.D. Tex. Mar. 31, 2022) (quotation and alterations omitted) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990); *McKnight v. Blanchard*, 667 F.2d 477, 479 (5th Cir. 1982)). "The court's discretion to grant or deny a stay clearly includes the authority to do so pending the resolution of proceedings in [a collateral forum]." *Trojan Battery*, 2022 WL 970240 at *2. "The party moving for a stay bears a 'heavy burden' to demonstrate that it is appropriate." *Id*. (citing *Coastal (Bermuda) Ltd. v. E.W. Saybolt & Co.*, 761 F.2d 198, 203 n.6 (5th Cir. 1985)).

On April 15, 2025, the defendant in the case *Lozano v. Guerrero*, No. 4:16–cv–2507 (S.D. Tex., Houston Div.), moved to consolidate that case with the following cases, including this case: *Lozano v. Schubert*, No. 4:18–cv–1183 (S.D. Tex., Houston Div.); *Lozano v. Collier*, No. 1:23–cv–68 (E.D. Tex., Beaumont Div.); *Lozano v. Collier*, No. 3:18–CV–237 (S.D. Tex., Galveston Div.); and *Lozano v. Jefferson*, No. 3:20–cv–116 (S.D. Tex., Galveston Div.); (ECF No. 62). Pursuant to the *Guerrero* court's local rules, the motion to consolidate was filed in "the oldest case with a courtesy copy furnished to the other affected courts," and will be "heard by the judge to whom the oldest case is assigned." S.D. Tex. LR 7.6(B)–(C). It is in the interest of judicial economy, and would avoid needless duplication of scarce judicial resources, to stay these proceedings pending the *Guerrero* court's resolution of the motion to consolidate. Moreover, this motion is not made for the purpose of delay; to the contrary, the government seeks consolidation to dispose of Lozano's claims expeditiously and completely. Thus, these proceedings should be stayed pending the *Guerrero* court's resolution of the motion to consolidate.

## II.     Prayer

Therefore, these proceedings should be stayed pending the resolution of the motion to consolidate in *Lozano v. Guerrero*, No. 4:16–cv–2507 (S.D. Tex., Houston Div.). (ECF No. 62).

Respectfully submitted,

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Shanna E. Molinare**
Division Chief
Law Enforcement Defense Division

April 24, 2025

/s/ *Vishal V. Iyer*
**Vishal V. Iyer**
Attorney-in-Charge
Texas Bar No. 24106134
S.D. Tex. No. 3379048
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711–2548
p: (512) 463–2080
f: (512) 370–9814
e: vishal.iyer@oag.texas.gov

**Counsel for Defendants**

**Certificate of Conference**

I certify that I was unable to confer with Plaintiff Lozano to ascertain his position on this motion because he is a *pro se* inmate without a dedicated phone number or email address. *See* S.D. Tex. LR 7.1(D). Thus, it should be presumed that this motion is opposed.

April 24, 2025

/s/ *Vishal V. Iyer*
**Vishal V. Iyer**
Assistant Attorney General

**Certificate of Service**

I certify that I mailed this document, and any attached pages, **CMRRR #9589 0710 5270 0177 2595 50,** to Eric Demond Lozano, (TDCJ #01915276), TDCJ-CID LeBlanc Unit, 3695 FM 3514, Beaumont, Texas 77705, within one business day of the date below. Fed. R. Civ. P. 5(b)(2)(C), (d)(1)(B).

April 24, 2025

/s/ *Vishal V. Iyer*
**Vishal V. Iyer**
Assistant Attorney General