United States District Court
Southern District of Texas
**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:20-cv-116

ERIC DEMOND LOZANO, TDCJ #01915276, PLAINTIFF,

v.

TAMMIE JEFFERSON, *ET AL.*, DEFENDANTS.

## ORDER

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

Before the court is the defendants' motion to stay proceedings (Dkt. 63) pending resolution of the motion to consolidate filed in *Lozano v. Guerrero*, No. 4:16-cv-2507 (S.D. Tex., Houston Div.). Also pending is defendants' motion to substitute counsel. Dkt. 61.

It is **ORDERED** that:

1. The motion to substitute counsel (Dkt. 61) is **GRANTED**. Vishal V. Iyer shall be substituted as attorney-in-charge for the defendants in lieu of Alyson Chensasky.

2. The motion to stay proceedings (Dkt. 63) is **GRANTED**. The court will stay consideration of the defendants' motion for summary judgment (Dkt. 48) and the plaintiff's motion for appointment of counsel (Dkt. 60) pending resolution of the motion to consolidate filed in *Lozano v. Guerrero*, No. 4:16-cv-2507 (S.D. Tex., Houston Div.).

3. The parties are directed to notify the court promptly upon the resolution of the motion to consolidate in Civil No. 4:16-cv-2507 (S.D. Tex., Houston Div.).

Signed on Galveston Island this __7th__ day of ___May_____, 2025.


_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2/ 2